IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Melinda Gabriella Valenzuela,<br><br>    Plaintiff,<br><br>vs.<br><br>Adam Perkins, et al.,<br><br>    Defendants. | CV 19-04335-PHX-MTL (MHB)<br><br>**ORDER** |

    Plaintiff has filed a motion to seal medical consults (Doc. 71), motion to provide legal call form (Doc. 74), motion for copy of waiver of service (Doc. 79), motion to compel (Doc. 80), motion to have U.S. Marshal serve subpoena (Doc. 81).

    As to Plaintiff's motion to seal medical consults (Doc. 71) and motion to provide legal call form (Doc. 74), it is unclear from the record what document or motion said medical records were filed in support of. As such, the motions will be denied. The documents that Plaintiff moves the Court to be sealed will remain sealed lodged.

    Regarding Plaintiff's motion for copy of waiver of service (Doc. 79), Plaintiff's request for relief is unclear, and her motion to compel (Doc. 80) fails to comply with Local Rule 37.1. Both motions will be denied.

    Lastly, Plaintiff's motion to have U.S. Marshal serve subpoena (Doc. 81) will be denied. In her subpoena, Plaintiff appears to be requesting her own medical records, which she can presumably access without a subpoena and without the Court's assistance.

\\\

**IT IS ORDERED** denying Plaintiff's motion to seal medical consults (Doc. 71), motion to provide legal call form (Doc. 74), motion for copy of waiver of service (Doc. 79), motion to compel (Doc. 80), motion to have U.S. Marshal serve subpoena (Doc. 81).

DATED this 6th day of October, 2020.

*Michelle H. Burns*
Michelle H. Burns
United States Magistrate Judge