1

LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
2800 NORTH CENTRAL AVENUE
. SUITE 1600
PHOENIX, ARIZONA 85004
TELEPHONE: (602) 271-7700
FACSIMILE: (602) 258-7785
Sarah L. Barnes /Bar No. 020362
E-mail: slb@bowwlaw.com
kel@bowwlaw.com

Attorneys for Defendants Christina Andre,
Chidozie C. Eze, and Jessica Todd
(Trojanowski)

2

3

4

5

6

7

8

9

10

11

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Melinda Gabriella Valenzuela, | No. CV 19-04335-PHX-MTL (MHB) |
| Plaintiff, | **STIPULATION TO DISMISS** |
| v. | |
| Adam Perkins, *et. al*, | |
| Defendants. | |

12

13

14

15

16

17    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Christina Andre,

18   Chidozie C. Eze, and Jessica Todd (Trojanowski) ("Defendants") with respect to

19   allegations on or after July 1, 2019, by and through undersigned counsel, and Plaintiff

20   hereby stipulate to dismiss the claims/allegations herein against them in the above-

21   captioned matter, said by Plaintiff in the First Amended Complaint to have occurred on or

22   after July 1, 2019, each to bear their own attorneys' fees and costs.

23    WHEREFORE, Plaintiff and these Defendants respectfully request this Court enter

24   an Order dismissing the claims herein against these Defendants for the timeframe set forth

25   above, without prejudice, and consistent with the proposed Order filed herewith.

26

RESPECTFULLY SUBMITTED 2nd day of ~~November,~~ December 2020.

BROENING OBERG WOODS & WILSON, P.C.


By: /s/ Sarah L. Barnes
   Sarah L. Barnes
   2800 North Central Avenue
   Suite 1600
   Phoenix, Arizona 85004
   Attorneys for Defendants Christina Andre,
   Chidozie C. Eze, and Jessica Todd
   (Trojanowski)


By: _____
   Melinda G. Valenzuela
   *Plaintiff Pro Se*

1

CERTIFICATE OF SERVICE

2     I hereby certify that on December 2nd, 2020, I electronically transmitted the attached

3 document to the Clerk's Office using the CM/ECF System for filing, with copies submitted

4 by U.S. mail and/or electronically to the following recipients:

5

Melinda G. Valenzuela
2509 W. Belmont

6
Phoenix, AZ 85051
*Plaintiff Pro Se*

7

Anthony J. Fernandez

8
Nichole L. Cullen
Valerie R. Baccaro

9
Quintairos Prieto Wood & Boyer PA
8800 E. Raintree Drive, Suite 100

10
Scottsdale, AZ 85260
*Counsel for Defendants*

11

12

13

14 /s/ Kathy Lake

15

16

17

18

19

20

21

22

23

24

25

26