# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Melinda Gabriella Valenzuela, | No. CV-19-04335-PHX-MTL (MHB) |
| Plaintiff, | **ORDER** |
| v. | |
| Adam Perkins, et al., | |
| Defendants. | |

Before the Court is Defendants Christina Andre, Chidozie C. Eze, and Jessica Todd (Trojanowski) (collectively "Defendants") and Plaintiff's Stipulation to Dismiss (the "Stipulation"). (Doc. 107.) In this case, Defendants are represented by two sets of counsel. That is, attorneys from Quintairos, Prieto, Wood & Boyer P.A. represent Defendants with respect to allegations arising before July 1, 2019, while an attorney from Broening Oberg Woods & Wilson P.C. represents Defendants as to allegations arising on or after July 1, 2019. (*See* Doc. 34 at 1 n.1.) The Stipulation requests that the Court only "dismiss the claims/allegations" which "occurred on or after July 1, 2019." (Doc. 107 at 1.) The Court declines to do so.

The law does not recognize each Defendant as two different people merely because their allegedly unconstitutional conduct occurred while two separate private healthcare entities provided healthcare for the Arizona Department of Corrections. Counsels' position to the contrary would make it impossible for the Court to manage its own docket.

Accordingly,

**IT IS ORDERED denying** the Stipulation (Doc. 107), without prejudice. The parties may renew their request if either remaining claim is resolved in its entirety.

Dated this 2nd day of December, 2020.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge